UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

   - v -         NOTICE OF INTENT TO
               FILE AN INFORMATION

SEKOU CAMARA,

     Defendant.

- - - - - - - - - - - - - - - - - x

08 CRIM 658

   Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
     July 10, 2008

            MICHAEL J. GARCIA
            United States Attorney

      By: _____
         SEETHA RAMACHANDRAN
         Assistant United States Attorney

            AGREED AND CONSENTED TO:

      By: _____
         PEGGY CROSS, ESQ.
         Attorney for SEKOU CAMARA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08