UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

v.

SEKOU CAMARA,

      Defendant.

------------------------------X

08 Cr. ___ (RMB)

**08 CRIM 658**

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1344, 2314, and 2315, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Sekou Camara
Defendant

_____
Witness

_____
Sarah Baumgartel, Esq.
Counsel for Defendant

Date: New York, New York
    July 16, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

0202